Lawler, Appellant, *v.* General Teamsters
Local 470.

Argued September 11, 1972.
*Ronald H. Isenberg,* with him *Isenberg, Goldin & Blumberg,* for appellant; *K. Hall,* with him *Edward Davis,* and *Davis, Casper & Muller,* for appellee.

Judgment affirmed.

Matthews et ux., Appellants, *v.* Procopio.

Argued September 15, 1972. *Charles A. Lord,* with him *Joseph L. Loughran,* for appellants; *S. Walter Foulkrod, III* and *George J. McConchie,* with them *Butler, Beatty, Greer & Johnson,* and *Cramp, D'Iorio, McConchie and Surrick,* for appellee.

Order affirmed.

Mellinger *v.* Smith et al., Appellants.

Argued September 13, 1972. *Thomas O. Malcolm,* with him *Landis, Malcolm & Riley,* for appellant; *G. Clinton Fogwell, Jr.,* with him *Reilly and Fogwell,* for appellee.

Judgment affirmed.